## KENNETH B. PORTER *v.* COMMISSIONER OF CORRECTION

The petitioner Kenneth B. Porter's petition for certification for appeal from the Appellate Court, 120 Conn. App. 437 (AC 29936), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Michael D. Day*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 8, 2010

## TIMOTHY THIBODEAU *v.* AMERICAN BAPTIST CHURCHES OF CONNECTICUT ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 120 Conn. App. 666 (AC 30260), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Timothy Thibodeau*, pro se, in support of the petition.

*James F. Sullivan*, in opposition.

Decided September 8, 2010